**Order entered October 18, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00114-CV

**PAMELA ALEXANDER, Appellant**

**V.**

**WILMINGTON SAVINGS FUND SOCIETY,
FSB D/B/A CHRISTIAN TRUST AS TRUSTEE, Appellee**

**On Appeal from the 95th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-15-05000**

## ORDER

Before the Court is appellee's October 16, 2017 motion to extend time to file appellee's

brief. We **GRANT** the motion and extend the time to Monday, November 20, 2017.

/s/      ELIZABETH LANG-MIERS
JUSTICE